**Dr. Harold FAGET and St. Paul Fire and Marine Insurance Company.**

**No. 52443.**

May 18, 1972.

 Under the facts found by the court of appeal, there is no error of law.

262 So.2d 35

**James A. EUGENE**

**v.**

**Dr. Karl L. DOUGLAS and St. Paul Fire & Marine Insurance Co.**

**No. 52442.**

May 18, 1972.

Under the facts found by the court of appeal, there is no error of law.